STATE, *ex rel.* CARY D. LANDIS, Attorney General, and B. W. STRICKLAND, v. THOMAS E. SWANSON.

165 So. 272.
Opinion Filed January 2, 1936.

*Cary D. Landis,* Attorney General, and *R. R. Saunders,* for Relators;

*Thomas E. Swanson* and *G. H. Martin,* for Respondent.

ADAMS, Circuit Judge.—This is a companion case of that of State of Florida, *ex rel.* Cary D. Landis, as Attorney General, and E. K. DeLoach, Relators, v. Maxwell Baxter, Respondent, decided this term.

For the same reasons as stated in the cited case it is the judgment of the Court that the motion to quash the writ of quo warranto and the information upon which it was based should be, and the same is hereby granted and sustained.

WHITFIELD, C. J., and TERRELL, BROWN and DAVIS, J. J., concur.

BUFORD, J., concurs specially.

BUFORD, J. (concurring specially).—I think the judgment in this case should be without prejudice to the rights of any person which may have accrued under authority of the provisions of Chapter 17509, Special Acts of 1935.